M. P. No. 367. ROSBRO PLASTICS CORPORATION *v.* EDWARD LA-MANTIA, *et al.* Motion to dismiss appeal granted pro forma. Petition for writ of certiorari granted. *Adelson & Chernick, Joseph E. Adelson, Melvin A. Chernick,* for plaintiff. *Lucien Capone,* for defendants.

M. P. No. 368. ROSBRO PLASTICS CORPORATION *v.* JOSEPH DAVENPORT, *et al.* Motion to dismiss appeal granted pro forma. Petition for writ of certiorari granted. *Adelson & Chernick, Joseph E. Adelson, Melvin A. Chernick,* for plaintiff. *Lucien Capone,* for defendants.

APPEALS NOS. 203, 204. ROSE LYNN RUSSIAN, *p.a. v* LOUIS LIPET. ANGELINA RUSSIAN *v.* LOUIS LIPET. Petition for reargument denied. *John F. McBurney,* for plaintiffs. *Keenan, Rice & Dolan, John F. Dolan,* for defendant.

March 19, 1968.

M. P. No. 341. RAYMOND J. DAVIS *v.* HAROLD V. LANGLOIS. Petition for writ of habeas corpus denied without prejudice to right of petitioner to raise issues in petition for habeas corpus pending in Superior Court. *Raymond J. Davis,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

M. P. No. 347. KENNETH R. DUTTON *v.* HAROLD V. LANGLOIS, *Warden.* Petition for writ of habeas corpus granted. *John P. Toscano, Jr.,* Special Counsel to the Public Defender, for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

M. P. No. 388. LAURENCE R. SLEEPER *v.* HAROLD V. LANGLOIS. Motion for reduction of bail denied. *Laurence R. Sleeper,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

APPEAL No. 118. TOWN OF SCITUATE *v.* HELEN C. O'ROURKE, *et al.* Petition for reargument denied. *Gorham & Gorham, John*

*Gorham,* for plaintiff. *Charles A. Curran, Harold I. Kessler,* for defendants.

April 1, 1968.

APPEAL No. 252. HARRY HOFFMAN d/b/a HOFFMAN'S FARM *v.* MIRIAM CHEVALIER. Reasons of appeal of appellant dismissed for failure to comply with Rule 15. *Raymond J. DiOrio,* for plaintiff. *John F. McBurney,* for defendant.

APPEAL No. 297. MARGARET C. LEMOS *v.* JOHN A. O'MAL-LEY, JR., BOSTON MUTUAL LIFE INSURANCE Co. and THE CITI-ZENS SAVINGS BANK. Reasons of appeal of appellant dismissed for failure to comply with Rule 15. *Ray H. Durfee, Sheffield & Harvey,* for plaintiff. *Beals, Sweeney & Jerue, James M. Jerue, Richard P. Kearns,* for John A. O'Malley, Jr. *Vernon A. Harvey,* for Boston Mutual Life Insurance Co., defendants.

EQ. No. 3241. VIOLET AJOOTIAN *v.* AUSTIN C. DALEY, *Director.* Reasons of appeal of appellant dismissed for failure to comply with Rule 15. *George Ajootian,* for plaintiff. *David J. Kehoe,* Assistant City Solicitor, for defendant.

April 10, 1968.

M. P. No. 258. STATE *v.* ROBERT F. CULLEN. Petition for writ of certiorari denied. *Herbert F. DeSimone,* Attorney General, *Robert L. Gammell,* Assistant Attorney General, for plaintiff. *Robert F. Cullen,* defendant, pro se.

M. P. No. 399. GERARD E. NADEAU, individually and JOHN NADEAU, p.p.a. Gerard E. Nadeau *v.* JACALYNN F. CARMODY, *alias* Jane Doe, JOHN F. CARMODY, *alias* John Doe. Motion of defendants for leave to file petition for a writ of certiorari denied without prejudice to renew on appeal, if any, the charge that Superior Court committed error. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiffs. *Keenan, Rice & Dolan, John F. Dolan,* for defendants.